IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIO SARABIA BALTAZAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OKLAHOMA COUNTY DETENTION, )<br>)<br>Defendants. ) | Case No. CIV-22-586-PRW |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

On August 11, 2022, United States Magistrate Amanda Maxfield Green issued a Report and Recommendation (Dkt. 7) in this action, recommending that Plaintiff's Complaint (Dkt. 1) be dismissed without prejudice for failure to pay the initial payment towards his filing fee.

Plaintiff was advised that he had a right to object to the Report and Recommendation by September 1, 2022, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation. No objections have been filed as of this date.

Upon review of the Report and Recommendation, the Court:

(1) **ADOPTS** in full the Report and Recommendation issued by the Magistrate Judge on August 11, 2022; and

(2) **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint.

**IT IS SO ORDERED** this 15th day of November, 2022.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1